IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**

    vs.                                                                                          00-CR-043-37 (PG)

**ANGEL MENDEZ-BAEZ**
a.k.a. "Fito"
* * * * * * * * * * *

**SUPPLEMENT TO MOTION FILED ON JUNE 14, 2004**

**TO THE HONORABLE JUAN M. PEREZ-GIMENEZ**
**U.S. DISTRICT JUDGE**
**DISTRICT OF PUERTO RICO**

    **COMES NOW**, **Damarys I. Tellado, U.S. Probation Officer** of this Honorable Court, and respectfully informs as follows:

    1. That on July 20, 2004, a motion was filed requesting that the scheduled revocation hearing be postponed so as to allow the U.S. Probation Officer to provide the Court with the final disposition in releasee's new local criminal case.

    2. That on September 21, 2004, Mr. Méndez-Báez pled guilty to violation of Article 406 of the Puerto Rico Criminal Law for Controlled Substances and was sentenced to one (1) year of imprisonment and the revocation of his driver's license for a period of five (5) years.

    3. That the releasee completed his imprisonment term imposed in the above-mentioned case and as of December 1, 2004, has been under the custody of the Federal Bureau of Prisons awaiting sentencing for having violated his conditions of supervised release.

    **WHEREFORE,** I declare under penalty of perjury, that the foregoing is true and correct and unless the Court rules otherwise, it is respectfully requested that this information be made part of the motions filed on June 14th and 28th, 2004.

    In San Juan, Puerto Rico, this 23rd day of December 2004.

Respectfully submitted,

s/Damarys I. Tellado
U.S. Probation Officer
Federal Office Building
Office 400
150 Carlos Chardón Ave.
San Juan, P.R. 00918-1741
(787) 771-1401/766-5596
Fax: (787) 281-4940
damarys_tellado@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 23, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant U.S. Attorney Sonia Torres and to defense counsel, Héctor Delíz, at P.O. Box 195314 San Juan, Puerto Rico, 00919-5314 .

s/Damarys I. Tellado
U.S. Probation Officer
Federal Office Building
Office 400
150 Carlos Chardón Ave.
San Juan, P.R. 00918-1741
(787) 771-1401/766-5596
Fax: (787) 281-4940
damarys_tellado@prp.uscourts.gov

DT/