# United States District Court

____Judicial____ DISTRICT OF ____Puerto Rico____

UNITED STATES OF AMERICA
V.
Angel Mendez-Baez

FID 794750
19346-069

**WARRANT FOR ARREST**

CASE NUMBER: 00-043-37 (PG)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____Angel Mendez-Baez____
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☒ Probation Violation Petition

charging him or her with (brief description of offense)

RECEIVED AND FILED
2005 JAN 13 PM 3:11
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

in violation of Title _____ United States Code, Section(s) _____

__Juan M. Pérez-Gimenez__
Name of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

__s/Carlos J. Rodríguez__
Signature of Issuing Officer
**Deputy Clerk**

June 18, 2004 at San Juan, P.R.
Date and Location

Bail fixed at $ _____ by _____
                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at Ponce Jail, Ponce, PR |

| DATE RECEIVED 6-18-04 | NAME AND TITLE OF ARRESTING OFFICER Candido Rodriguez DUSM | SIGNATURE OF ARRESTING OFFICER By: [signature] |
|---|---|---|
| DATE OF ARREST 12-1-04 | | |