◈AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

|  |  |  |
|---|---|---|
| FOR THE JUDICIAL | District of | PUERTO RICO |

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | (For **Revocation** of Probation or Supervised Release) |
| ANGEL MENDEZ-BAEZ | Case Number: 00-CR-043-37 (PG) |
|  | USM Number: 19346-069 |
|  | Victor GONZALEZ-BOTHWELL, AFPD |
|  | Defendant's Attorney |

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)   No. 4   of the term of supervision.

☐   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| Condition No. 4 | Shall refrain from any unlawful use of controlled substance and submit to drug tests within 15 days of supervised release, etc. | Unknown |

The defendant is sentenced as provided in pages 2 through   2   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| Defendant's Soc. Sec. No.: XXX-XX-0624 | May 6, 2005 |
|---|---|
|  | Date of Imposition of Judgment |
| Defendant's Date of Birth: XXXX |  |
|  | s/ Juan M. Pérez-Giménez |
|  | Signature of Judge |
| Defendant's Residence Address: |  |
|  | JUAN M. PEREZ-GIMENEZ, U.S.DISTRICT JUDGE |
|  | Name and Title of Judge |
|  |  |
|  | May 6, 2005 |
|  | Date |
| Defendant's Mailing Address: |  |

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page 2 of 2

DEFENDANT:       Angel MENDEZ-BAEZ
CASE NUMBER:     00-CR-043-37 (PG)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :    TWENTY-FOUR (24) MONTHS

X   The court makes the following recommendations to the Bureau of Prisons:
that while in custody, this offender be afforded with substance abuse treatment. Court also recommends that defendant be incarcerated at Fort Dix, New Jersey and that once released from imprisonment, that defendant be released to his mother's custody at Camden, New Jersey.

☐   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____.

   ☐ as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____.

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
                                                UNITED STATES MARSHAL

By _____