Case 3:00-cr-00043-PG Document 1287-1 Filed 05/06/2005 Page 1 of 2
Case 3:00-cr-00043-PG Document 1304 Filed 08/30/2005 Page 1 of 2
USM

⚖AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

FOR THE JUDICIAL _____ District of _____ PUERTO RICO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| ANGEL MENDEZ-BAEZ | Case Number: 00-CR-043-37 (PG) |
| | USM Number: 19346-069 |
| | Victor GONZALEZ-BOTHWELL, AFPD |
| | Defendant's Attorney |

**THE DEFENDANT:**

X admitted guilty to violation of condition(s) _____No. 4_____ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Condition No. 4 | Shall refrain from any unlawful use of controlled substance and submit to drug tests within 15 days of supervised release, etc. | Unknown |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: XXX-XX-0624

Defendant's Date of Birth: XXXX

Defendant's Residence Address:

_____

_____

_____

Defendant's Mailing Address:

_____

_____

_____

May 6, 2005
Date of Imposition of Judgment

s/ Juan M. Pérez-Giménez
Signature of Judge

JUAN M. PEREZ-GIMENEZ, U.S. DISTRICT JUDGE
Name and Title of Judge

May 6, 2005
Date

AO 245D   (Rev. 12/03 Judgment in a Criminal Case for Revocations
          Sheet 2— Imprisonment

Judgment — Page 2 of 2

DEFENDANT:     Angel MENDEZ-BAEZ
CASE NUMBER:   00-CR-043-37 (PG)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:   TWENTY-FOUR (24) MONTHS

X   The court makes the following recommendations to the Bureau of Prisons:
that while in custody, this offender be afforded with substance abuse treatment. Court also recommends that defendant be incarcerated at Fort Dix, New Jersey and that once released from imprisonment, that defendant be released to his mother's custody at Camden, New Jersey.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____   ☐ a.m.   ☐ p.m.   on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Certified to be a true & exact copy of the document, or, an authorized electronic docket entry on file
FRANCES RIOS DE MORAN, CLERK
U.S. District Court for the
District of Puerto Rico
By: Rivea L. Ocasio
Deputy Clerk
Date: May 12, 2005

Defendant delivered on   8-12-05   to   FCI Fort Dix
a   NJ   with a certified copy of this judgment.

for: John Nash, Warden
~~UNITED STATES MARSHAL~~

By   J. Bah LTF